IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PUTZ FARMS, JOINT VENTURE, A JOINT VENTURE OF HERBERT PUTZ AND SIGNE PUTZ | § § § § | |
| v. | § § | CASE NO. 4:09-cv-355 JURY |
| C. DOUGLAS DONLEY D/B/A C. DOUGLAS DONLEY CROP INSURANCE | § § | |

**PLAINTIFF'S NOTICE OF DESIGNATION OF EXPERT WITNESSES**

Please take notice that Plaintiff Putz Farms, Joint Venture, A Joint Venture of Herbert Putz and Signe Putz provided its Designation of Expert Witnesses to Defendant's counsel of record on March 12, 2010, in compliance with Rule 26 of the Federal Rules of Civil Procedure and the Court's Scheduling Order dated October 15, 2009.

Respectfully submitted,

/s/ Paul Gilliam
_____
PAUL GILLIAM
State Bar No. 07938700
100 East Ferguson St., Suite 500
Tyler, Texas  75702
Telephone:   (903) 597-3301
Facsimile:    (903) 597-2413
paulg@rameyflock.com

**LEAD ATTORNEY FOR PLAINTIFF**

**OF COUNSEL:**
RAMEY & FLOCK, PC
A Professional Corporation
100 East Ferguson St., Suite 500
Tyler, Texas  75702
Telephone:   (903) 597-3301
Facsimile:    (903) 597-2413

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in the manner indicated on this the 12th day of March, 2010:

Bruce A. McKenna
Glendening, McKenna Prescott & Robertson
Oklahoma State Bar No. 6021
10108 E. 79th Street
Tulsa, Oklahoma  74133

*/s/ Paul Gilliam*
_____
PAUL GILLIAM