# UNITED STATES DISTRICT COURT
## For the
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| PUTZ FARMS, JOINT VENTURE, A JOINT VENTURE OF HERBERT PUTZ & SIGNE PUTZ )<br><br>Plaintiff, )<br>)<br>)<br>C. DOUGLAS DONLEY D/B/A C. DOUGLAS DONLEY CROP INSURANCE )<br>Defendant. ) | Civil Action No. 4:09-cv-355<br>Jury |

## **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW**

The Defendant has no objection to the Motion to Withdraw, Document #16, filed by Paul Gilliam, counsel for the record for Plaintiff in the captioned matter.

Respectfully Submitted,

/s Bruce A. McKenna
Bruce A. McKenna  (OK Bar # 6021)(lead attorney)
Brandon J. Burris (OK Bar # 21619)
Glendening McKenna Prescott & Robertson
10108 E. 79th Street
Tulsa, OK 74133
(918) 494-7037
(918) 494-9907 (facsimile)
bmckenna@gmpoklaw.com
bburris@gmpoklaw.com
*Attorneys for Defendant*

1

CERTIFICATE OF SERVICE

      I certify that on the 17th day of May, 2010, I electronically transmitted the attached document to the Clerk of the Court using the ECF System of filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Paul Gilliam
Ramey & Flock, P.C.
100 E. Ferguson St., Suite 500
Tyler, TX 75702
(903)597-3301
(903) 597-2413- Fax

                    _s/ Bruce A. McKenna_
                    Bruce A. McKenna