IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PUTZ FARMS, JOINT VENTURE, A JOINT VENTURE OF HERBERT PUTZ AND SIGNE PUTZ, <br><br>　　Plaintiff, <br><br>VS. <br><br>C. DOUGLAS DONLEY D/B/A C. DOUGLAS DONLEY CROP INSURANCE, <br><br>　　Defendant. | § § § § § § § § § § § § § | Case No. 4:09cv355 |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. The parties have agreed upon John W. Hughes to mediate the case. The mediator's address and telephone number are John W. Hughes, 4524 Knoll Ridge, Aledo, Texas 76008, 817-377-4800.

The mediation conference shall be conducted by the following date: **November 22, 2010.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**SO ORDERED.**

**SIGNED this 7th day of June, 2010.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE