| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): S. Pu[...]  C. Date of Delivery: 6-15-10 |
| 1. Article Addressed to:<br><br>Putz Farms<br>1825 Locust Grove Church Rd<br>Orange, VA 22960<br><br>4:09cv355 #28 | FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br>JUN 17 2010<br>DAVID J. MALAND, CLERK<br>BY_____<br><br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0000 8807 0947 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540