**SPECTOR & JOHNSON, PLLC**
Nathan M. Johnson
TBA #00787779
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 239-4260
FAX (214) 237-3380
njohnson@spectorjohnson.com

COUNSEL FOR PUTZ FARMS JOINT VENTURE,
A JOINT VENTURE OF HERBERT PUTZ AND SIGNE PUTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PUTZ FARMS JOINT VENTURE, § <br> A JOINT VENTURE OF HERBERT PUTZ § <br> AND SIGNE PUTZ § <br> § <br> v. § <br> § <br> C. DOUGLAS DONELY D/B/A § <br> C. DOUGLAS DONELY CROP INSURANCE § <br> § | Case No. 4:09-cv-355 |

**NOTICE OF PLAINTIFF'S
SECOND SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES**

Plaintiff **Putz Farms Joint Venture, a Joint Venture of Herbert Putz and Signe Putz** provided its *Second Supplemental Designation of Expert Witnesses* to Defendant's counsel of record July 28, 2010, in compliance with Rule 26 of the Federal Rules of Civil Procedure and the Court's *Amended Scheduling Order* dated June 3, 2010.

        **SPECTOR & JOHNSON, PLLC**

        *Nathan M. Johnson*
        Nathan M. Johnson
        TBA #00787779
        12770 Coit Road, Suite 1100
        Dallas, Texas 75251
        (972) 239-4260
        Fax: (214) 237-3380

        COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing pleading was served via electronic means to all parties of record who receive ECF in this case on July 29, 2010.

                                                    *Nathan M. Johnson*
                                                  Nathan M. Johnson